UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHANNON ROY CHADWICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-00712 |
| ) | CHIEF JUDGE CRENSHAW |
| CORRECTION CORPORATION OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Court grant Defendants' Motion for Summary Judgment. (Doc. No. 51.) No timely objections have been filed. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 51) is **GRANTED**. The official capacity claims are **DISMISSED WITH PREJUDICE**. The individual capacity claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE